**SHA-1 Hash:** 625659538761601BE56B75C3D1DF1053A7C8BB28   **Title:** X-Art Siterip #2
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.176.246.156 | 5/1/2012 23:35 | South Lake Tahoe | CA | Charter Communications | BitTorrent |
| 2 | 24.10.13.103 | 3/16/2012 5:48 | Sacramento | CA | Comcast Cable | BitTorrent |
| 3 | 67.164.210.91 | 2/28/2012 4:42 | Carmichael | CA | Comcast Cable | BitTorrent |
| 4 | 71.193.20.178 | 2/28/2012 3:08 | Sacramento | CA | Comcast Cable | BitTorrent |
| 5 | 71.197.88.209 | 4/21/2012 10:02 | Citrus Heights | CA | Comcast Cable | BitTorrent |
| 6 | 76.114.18.223 | 5/1/2012 18:46 | Davis | CA | Comcast Cable | BitTorrent |
| 7 | 108.241.28.91 | 4/21/2012 17:21 | Sacramento | CA | SBC Internet Services | BitTorrent |
| 8 | 108.70.224.169 | 2/28/2012 1:29 | Tracy | CA | SBC Internet Services | BitTorrent |
| 9 | 108.83.211.39 | 3/6/2012 18:55 | Modesto | CA | SBC Internet Services | BitTorrent |
| 10 | 63.205.199.128 | 5/1/2012 12:55 | Fair Oaks | CA | SBC Internet Services | BitTorrent |
| 11 | 69.230.118.127 | 4/11/2012 12:51 | El Dorado Hills | CA | SBC Internet Services | BitTorrent |
| 12 | 76.14.177.219 | 2/18/2012 14:45 | Woodland | CA | Wave Broadband | BitTorrent |
| 13 | 66.237.49.3 | 2/29/2012 11:54 | Auburn | CA | XO Communications | BitTorrent |