Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 13,<br><br>Defendants. | Case No. 12-CV-01260-MCE-JFM<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLANTIFF'S OPPOSITIONS TO OMNIBUS MOTIONS TO RECONSIDER, SEVER AND/OR FOR A PROTECTIVE ORDER FILED BY DOE DEFENDANTS 2, 5, AND 7**<br><br>Date: September 27, 2012<br>Time: 11:00 a.m.<br>Place: Ctrm 26 |

1    Plaintiff Malibu Media, LLC ("Plaintiff") respectfully submits this Notice to inform the Court of Magistrate Judge Dennis L. Beck's decision on similar motions in *Malibu Media, LLC v. John Does 1-59*, Case No. CV12-00888-AWI-DLB, Docket no. 27 (E.D.Cal. September 25, 2012) ("*Malibu Media*"), a copy of which is attached hereto as Exhibit A.

*Malibu Media* supports denial of the Doe defendants' pending motions to reconsider, quash, sever, and/or for a protective order in three ways. *First*, the Court acknowledged that courts throughout the country have come to varying decisions on the issue of joinder but nonetheless limited its review "to the facts and allegations before it and the decision will not be swayed by unsupported generalizations." Ex. A, p. 4. The Court thus found that Plaintiff's allegations that each Defendant participated in the same swarm, downloading and distributing the same movie, during the same time period, was sufficient to "satisfy the requirement that the claims arise from the same transaction and occurrence, raise common issues of law and fact and appear logically related." *Id.* at p.5. The Court thus denied severance.

*Second*, the Court found unpersuasive the Doe defendants' arguments that the early discovery is not likely to reveal the identity of the actual infringer. *Id. Third*, the Court denied the motions to reconsider finding that "the requested discovery is the *only* means by which Plaintiff can move forward with its copyright infringement claim." *Id.* at p.6 (emphasis in original).

The Court in *Malibu Media* recognized that there may be a reason why a Doe defendant may not want to be identified at this stage in the litigation. Thus, counsel (including Nicholas Ranallo, counsel for Doe 8 herein) agreed to continue to referring to the Doe defendants by their corresponding Doe number until such time as a Doe defendant appears. *Id.* at p.6. Plaintiff herein would be amenable to a similar agreement.

1

Notice of Supplemental Authority

DATED: September 25, 2012          KUSHNER LAW GROUP


By:     /s/ Leemore L. Kushner
       Leemore L. Kushner
       Attorneys for Plaintiff Malibu Media, LLC

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  September 25, 2012           KUSHNER LAW GROUP


                                     By: */s/ Leemore Kushner*                    .
                                         Leemore Kushner
                                         Attorneys for Plaintiff MALIBU MEDIA, LLC